# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Marva S.,

          Plaintiff,

v.

Andrew Saul,
Commissioner of Social Security

          Defendant.

Civil No. 20-cv-0759 (HB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;
2. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 7/28/20

Patrick J. Schiltz
United States District Judge